Dismissed and Opinion filed December 19, 2002









Dismissed and Opinion filed December 19, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-01277-CV

____________

 

BOWEN,
MICLETTE & BRITT, INC., Appellant

 

V.

 

THOMAS
R. GODING, Appellee

 



 

On Appeal from the 152nd District Court

Harris
County, Texas

Trial Court Cause No. 02-34998

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed September 25, 2002.

On December 9, 2002, appellant filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1(a)(2).  The motion is
granted.

Accordingly, the appeal is ordered dismissed.  

PER CURIAM

Judgment rendered and Opinion
filed December 19, 2002.

Panel consists of Justices
Edelman, Seymore, and Guzman.

Do Not Publish C Tex. R. App. P. 47.3(b).